| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | | |
|---|---|---|
| Defendant: | **UL VS Shanghai Limited - Shenzhen Branch** | |
| Bankruptcy Case: | **HRB Winddown, Inc.** | |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040670 | 8/12/2019 | $775.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920033740 | 6/17/2019 | $159.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920035697 | 7/1/2019 | $703.84 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920035743 | 7/1/2019 | $752.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920036163 | 7/1/2019 | $290.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920036164 | 7/1/2019 | $628.58 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920036402 | 7/4/2019 | $65.72 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920036880 | 7/9/2019 | $387.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920037312 | 7/15/2019 | $742.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920037653 | 7/17/2019 | $134.01 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920037730 | 7/18/2019 | $649.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 169200237127 | 7/11/2019 | $80.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040591 | 8/9/2019 | $202.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081288 | $4,754.04 | 12/6/2019 | 16920050083 | 10/30/2019 | $636.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040756 | 8/13/2019 | $36.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040939 | 8/14/2019 | $40.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040983 | 8/14/2019 | $159.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920040990 | 8/14/2019 | $201.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920041129 | 8/15/2019 | $265.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920041755 | 8/22/2019 | $556.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920042303 | 8/26/2019 | $1,202.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081288 | $4,754.04 | 12/6/2019 | 16920042712 | 8/28/2019 | $2,315.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081288 | $4,754.04 | 12/6/2019 | 16920048247 | 10/18/2019 | $795.00 |

UL VS Shanghai Limited - Shenzhen Branch (2266182)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081288 | $4,754.04 | 12/6/2019 | 16920048500 | 10/21/2019 | $1,008.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080599U | $8,072.15 | 10/18/2019 | 16920038163 | 7/22/2019 | $40.28 |

**Totals:** **2 transfer(s),** **$12,826.19**